UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GRANT THOMAS MCADAMS,

        Plaintiff,

v.

JEFFREY UTTECHT, *et al.*,

        Defendants.

NO: 4:17-CV-5090-RMP

ORDER OF DISMISSAL WITH PREJUDICE

**BEFORE** the Court is a Stipulated Motion for Dismissal, ECF No. 7. Having reviewed the Stipulated Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal, **ECF No. 7**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.
2. All pending motions, if any, are **DENIED AS MOOT**.

///

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 11, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2